IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01431-JRG-RSP |
| vs. | § § | LEAD CASE |
| GUARDIAN PROTECTION SERVICES, INC. | § § § § | |
| Defendant. | § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-001496-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| GUARDIAN ALARM COMPANY | § § § | |
| Defendant. | § § | |

### ORDER OF DISMISSAL OF DEFENDANT GUARDIAN ALARM COMPANY WITHOUT PREJUDICE

On this day the Court considered the Unopposed Motion to Dismiss Guardian Alarm Company Without Prejudice, in the lawsuit between Plaintiff Rothschild Connected Devices Innovations, LLC ("Symbology") and Guardian Alarm Company. Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Rothschild against Guardian Alarm Company are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, attorneys' fees and other litigation expenses.

**SIGNED this 23rd day of November, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE